IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT F. BAKER, | ) | 4:08CV3174 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BRUCE HOLCOMB, M.D., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. The court has examined the record in this matter, including the Complaint. (Filing No. 1.) The court finds that this matter and Case No. 8:06CV655 "involve some or all of the same issues of fact or arise out of the same transaction." NEGenR 1.4(a)(4)(C)(iii). Case No. 8:06CV655 was assigned to Senior District Judge Warren K. Urbom.

    IT IS THEREFORE ORDERED that:

    1. The Clerk of the court is directed to reassign this matter from Senior District Judge Lyle E. Strom to Senior District Judge Warren K. Urbom.

    2. This matter remains assigned to the pro se docket.

November 10, 2008.        BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Chief United States District Judge