IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT F. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3174 |
| | ) | |
| v. | ) | |
| | ) | |
| BRUCE HOLCOMB, M.D., in their individual capacities, JOHN DOE, in their individual capacities, LORI ANN NINEMAN, in their individual capacities, OFFICER REISBIG, in their individual capacities, OFFICER VON BEHREN, in their individual capacities, and DONALD LUCERO, in their individual capacities, | ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |
| | ) | |

    The defendants, Donald Lucero, Gregory Reisbig, and Aaron Von Behren, and the plaintiff, Robert F. Baker, have filed a Joint Stipulation For Dismissal With Prejudice, filing 46. The Joint Stipulation represents that these parties "have reached a mutually agreeable disposition of Plaintiff's claims and neither party will see (sic) to recover damages of any sort, including, but not limited to, punitive damages, court costs or attorneys fees."

    IT IS ORDERED that:

1.     the Joint Stipulation for Dismissal With Prejudice, filing 46, is granted;

2.     this case is dismissed with prejudice as to defendants Donald Lucero, Gregory Reisbig, and Aaron Von Behren, the complete record is waived and each party shall bear its own costs.

Dated September 29, 2009.

                                       BY THE COURT

                                       s/ Warren K. Urbom
                                       United States Senior District Judge